1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CHINHAYI COLEMAN CADET (CABN 194542)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7205
7       FAX: (415) 436-7234
        chinhayi.cadet@usdoj.gov
8
   Attorneys for United States of America
9

10                           UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                                   OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,            )   NO.  CR 12-000495-18 SBA
14                                      )
         Plaintiff,                     )   STIPULATION AND [PROPOSED] ORDER
15                                      )   CONTINUING HEARING
      v.                                )
16                                      )
   COREY D. JAGGERS,                    )
17                                      )
         Defendant.                     )
18                                      )
                                        )
19

20

21

22

23

24

25

26

27

28

   [PROPOSED] ORDER CONTINUING HEARING
   CR 12-00495-18 SBA

1    The parties are currently scheduled to appear before the Honorable Kandis Westmore on August
2 27, 2014 , at 9:30 a.m.  Defendant Corey Jaggers intends to change his plea under the terms of a Rule
3 11(c)(1)(C) plea agreement.  Mr. Jaggers lives in Tacoma, Washington, and needs to travel in order to
4 make his court appearances.  The parties jointly request that the status date of August 27, 2014 , at 9:30
5 a.m., be vacated and that the matter be set for a change of plea hearing to take place on September 16,
6 2014, before the Honorable Donna M. Ryu.

7 Dated: August 26, 2014                                          /s/
                                                                 SEVERA KEITH
8                                                                Attorney for Defendant

9                                                                MELINDA HAAG
10                                                               United States Attorney

11 Dated:  August 26, 2014                                         /s/
                                                                 CHINHAYI COLEMAN CADET
12                                                               Assistant United States Attorney

13
14                              **[PROPOSED] ORDER**

15    Good cause appearing, the status hearing scheduled for August 27, 2014 , at 9:30 a.m., before the
16 Honorable Kandis A. Westmore is hereby vacated.  The matter is set for a change of plea hearing to take
17 place on September 16, 2014, at 9:30 a.m., before the Honorable Donna M. Ryu.
18    **IT IS SO ORDERED**.

19 DATED:  8/27/14                                       _____
20                                                       HONORABLE KANDIS A. WESTMORE
                                                         United States Magistrate Judge

21
22
23
24
25
26
27
28

[PROPOSED] ORDER CONTINUING HEARING
CR 12-00495-18 SBA                                 2