FILED

DEC 1 0 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COREY JAGGERS,<br><br>Defendant. | Case No: CR 12-0495 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING GUILTY PLEA**<br><br>Docket 897 |

On September 18, 2014, the Defendant appeared before Magistrate Judge Donna Ryu ("the magistrate") and, with the assistance of counsel, waived his right to enter a guilty plea before a district judge and instead consented to enter his plea in a hearing before the magistrate. See Dkt. 895, 897. The magistrate conducted a full hearing in the manner set forth in Federal Rule of Criminal Procedure 11. Dkt. 897. After the advisements set forth in Rule 11, the Defendant entered a guilty plea in open court. Specifically, the Defendant pled guilty pursuant to a written plea agreement to Count Eighteen of the Indictment charging Defendant with possession with intent to distribute and distribution of heroin and cocaine within 1,000 feet of a school in violation of 18 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 860. Id. The magistrate found that Defendant was fully competent and capable of entering an informed plea, that he was aware of the nature of the charge and the consequences of the guilty plea, and that the guilty plea was knowing and voluntary and supported by an independent factual basis. Id.

On September 18, 2014, the magistrate issued a Report and Recommendation Regarding Guilty Plea in which she recommends that this Court accept Defendant's guilty

plea. Dkt. 897. The Report and Recommendation advises the parties that they may serve and file specific written objections to the order within fourteen days after being served with a copy of the order. Id. No written objection to the Report and Recommendation was filed prior to the hearing. At the December 10, 2014 sentencing hearing in this matter, the parties indicated that they have no objection to the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT the magistrate's Report and Recommendation (Dkt. 897) is ACCEPTED, the Defendant's guilty plea is accepted, and the magistrate's Report and Recommendation shall become the order of this Court.

IT IS SO ORDERED.

Dated: 12/10/14

SAUNDRA BROWN ARMSTRONG
United States District Judge